# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Marco Vantage Levant (MVL) ) ASBCA No. 61391
)
Under Contract No. W5J9JE-15-C-0004 )

APPEARANCE FOR THE APPELLANT: R. Dale Holmes, Esq.
Cohen Seglias Pallas Greenhall &
Furman PC
Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
James D. Stephens, Esq.
Cara M. Mroczek, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Middle East
Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 4, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61391, Appeal of Macro Vantage Levant (MVL), rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals